**TRANSCRIPT ORDER FORM - DIRECTIONS ON THE REVERSE SIDE**

## PART I - To be completed by appellant within fourteen days of filing the notice of appeal.

Short Title: Reynard v. Washburn University of Topeka *

District Court Number: 5:19-CV-04012-HLT, 5:19-CV-04061-HLT, 2:20-CV-02219HLT **

District: District of Kansas

Circuit Court Number: 22-3249, 10th Circuit Court of Appeals

Name of Attorney/Pro Se Party: Leslie J. Reynard, pro se

Email Address: LJRvWU@protonmail.com

Name of Law Firm/Office: _____

Telephone: 618-616-7379

Address: 791 E 1217 Rd., Lawrence, KS, 66047    *Reynard v. Washburn University of Topeka    **5:19-CV-04012-HLT, 5:19-CV-04061-HLT, 2:20-CV-022190HLT

Attorney for: pro se party

Name of Court Reporter: N/A

Name of Court Reporter (if ordering from more than one): N/A

## PART II - Complete SECTION A (if not ordering a transcript) or SECTION B (if ordering transcript(s)).

**SECTION A - I HAVE NOT ORDERED A TRANSCRIPT BECAUSE**
- ☐ A transcript is not necessary for this appeal;
- ☐ The necessary transcript is already on file in District Court; or
- ☐ The necessary transcript was ordered previously in appeal number _____

**SECTION B - I HEREBY ORDER THE FOLLOWING TRANSCRIPT(S):**
(Specify the date and proceeding in the space below)

Voir dire: _____

Opening Statements: _____

Trial proceedings: _____

Closing Arguments: _____

Jury Instructions: _____

*Other Proceedings: Please see attached pages

Post-Trial Hearings: _____

Other Proceedings: Please see attached pages

(Attach additional pages if necessary)

*☐ I will pay the cost of the transcript. My signature on this form is my agreement to pay for the transcript ordered on this form. *I am proceeding in forma pauperis. I have requested the District Court to order these transcripts. Please see attached.

☐ This case is proceeding under the Criminal Justice Act.

IF THIS APPEAL IS PROCEEDING UNDER THE CJA PLEASE NOTE YOU MUST ALSO TAKE ALL STEPS REQUIRED IN EVOUCHER IN ORDER TO COMPLETE PAYMENT ARRANGEMENTS.

**NOTE:** Leave to proceed *in forma pauperis* does not entitle appellant to a free transcript. An order of the district court allowing payment for the transcript at government expense must be obtained. *See* 28 U.S.C. §753(f).

**CERTIFICATE OF COMPLIANCE**

I certify that I have read the instructions on the reverse of this form and that copies of this transcript order form have been served on the **court reporter (if transcript ordered), the Clerk of U.S. District Court, all counsel of record or pro se parties, and the Clerk of the U.S. Court of Appeals for the Tenth Circuit.** I further certify that satisfactory arrangements for payment for any transcript ordered have been ~~made with the court reporter(s)~~. requested, based on pro se IFP status.

Signature of Attorney/Ordering Party: Leslie J. Reynard    Date: 11/19/2022

## PART III - To be completed by the court reporter after satisfactory financial arrangements have been made.

Upon completion, please file one copy with the Clerk of the U.S. Court of Appeals and one copy with the Clerk of the U.S. District Court.

Date arrangements for payment completed: _____
Estimated completion date: _____
Estimated number of pages: _____
I certify that I have read the instructions on the reverse side and that adequate arrangements for payment have been made.

Signature of Court Reporter: _____    Date: _____

A-8  Transcript Order Form 3/2017